UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES HARMON,<br><br>    Plaintiff,<br>vs.<br><br>CLARK COUNTY,<br><br>    Defendant. | 2:08-cv-00151-LRH-LRL<br><br>Stipulation and Order to Enlarge Time for Filing of Plaintiff's Opposition to Motion for Summary Judgment by Defendant Clark County (1st Request) |

The parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. There is pending before this Court Motion for Summary Judgment by Defendant Clark County (#24) (Motion). The Motion was filed on April 30, 2009. Plaintiff's opposition is due for filing on May 18, 2009.

2. The parties wish to extend this deadline by one (1) week (with an additional day to account for the Memorial Day holiday) to May 26, 2009.

3. The reason for this request is that plaintiff's counsel was ill and out of his office for a substantial portion of the period from May 1, 2009, to the

- 1 -

present.

4. This is the <u>1st Request</u> to enlarge this deadline.

DATED: May 15, 2009.

_____
JEFFREY E. FISHER, ESQ.
Attorney for Plaintiff

DAVID ROGER
District Attorney

By: _____
YOLANDA T. GIVENS, ESQ.
Deputy District Attorney
Civil Division
500 S. Grand Central Pkwy, 5th Flr.
Las Vegas, Nevada 89155-2215
Attorney for Defendant

ORDER

IT IS SO ORDERED this 19th day of May, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE