# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES HARMON, | ) | 2:08-cv-00151-LRH-LRL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| CLARK COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

On November 12, 2009, Judge Larry R. Hicks granted in part and denied in part Defendant's Motion for Summary (#30) and further ordered that "the parties shall lodge their proposed joint pretrial order within thirty (30) days from entry of this Order." No proposed joint pretrial order having been filed with the Court, the parties are in violation of this court's order. The court will allow the parties an additional fourteen (14) day period from the date that this Order is entered and served to file a Joint Pretrial Order or risk suffering sanctions.

IT IS SO ORDERED.

DATED this 8th day of January, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE